IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL J. RAITH,
Inmate No. X71815,
    Plaintiff,

vs.                              Case No.: 3:18cv2184/TKW/EMT

JULIE JONES, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Upon notice from the clerk, it came to the court's attention that Plaintiff is no longer incarcerated at Walton Correctional Institution, his address of record (*see* ECF No. 12). The release address indicated for Plaintiff on the Florida Department of Corrections' website is "homeless" in Orlando, Florida 32837. The website also indicates Plaintiff might be on the Florida Department of Law Enforcement ("FDLE") Sexual Offender/Predator website, and it includes a link to the FDLE's website. The FDLE website reflects Plaintiff's address as 5179 Lanette Street, Orlando, FL 32811-3922.[1]

---

[1] *See* Florida Department of Corrections Offender Network, http://www.dc.state.fl.us/OffenderSearch/Search.aspx (last visited September 25, 2019); Florida Department of Law Enforcement Sexual Offender Predator System, https://offender.fdle.state.fl.us/offender/sops/offenderSearch.jsf (last visited September 25, 2019).

On August 20, 2019, the court entered an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 13). A copy of the order was mailed to Plaintiff at both the Walton Correctional Institution and the address indicated above. The copy sent to Walton Correctional Institution was returned as undeliverable with a notation Plaintiff was released from custody and listed as homeless. The copy sent to the address indicated above was not returned, despite the fact the address has been listed as Plaintiff's address since at least June 19, 2019 (*see* ECF No. 13), and appears to have been updated on September 20, 2019. Nevertheless, more than thirty (30) days have passed and Plaintiff has not responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 26th day of September 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.