UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL RAITH,

    Plaintiff,

v.                                                Case No. 3:18cv2184-TKW-EMT

JULIE JONES, et al.,

    Defendants.
_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 15). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to keep the Court apprised of his current address and failure to comply with an order of the magistrate judge.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 15th day of October, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**